UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

|  |  |  |
|---|---|---|
| IN RE: JAMES A. H. BELL | ) ) ) ) ) ) ) | No. 3:08-MC-04 (Shirley) |

**O R D E R**

This matter came before the Court on March 11, 2008, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, upon attorney Donald F. Samuel's Motion for Admission Pro Hac Vice [Doc. 3]; and Notice of Appearance of Co-Counsel [Doc. 4] on behalf of James A. H. Bell in this matter.

It appears to the Court that Mr. Samuel is a member in good standing of the United States District of Georgia. Accordingly, his Motion for Admission Pro Hac Vice **[Doc. 3]** is **GRANTED**. Mr. Samuel shall be entered as counsel of record on behalf of Mr. Bell, along with attorney W. Morris Kizer, who has contemporaneously filed his Notice of Appearance [Doc.1] on behalf of Mr. Bell.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge