UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

|  |  |  |
|---|---|---|
| IN RE: JAMES A. H. BELL | ) ) ) ) ) ) ) | No. 3:08-MC-04 (Shirley) |

**O R D E R**

This matter is before the Court upon filing of Supplemental Material in Support of James Bell's Request That the Court Conclude That He Was Not in Contempt of Court [Doc. 8], by Attorney Donald Samuel on March 26, 2008. This submission includes three attached exhibits filed in violation of Local Rule 7.3, which addresses the redaction of personal information from filed documents.

The three exhibits include social security numbers, driver license numbers, dates of birth and other identifying personal information for 12 people. See, [Doc. 8-2 at pages 20-22]; [Doc. 8-3 at pages 23-26]; and [Doc. 8-4 pages 22-23]. In addition, there are references to various persons' home addresses throughout the exhibits and the cellular and home telephone numbers of two Assistant United States Attorneys. Further, the Court has been advised that these documents are currently maintained under seal with the respective United States District Judges who issued the wiretap authorizations in the underlying criminal cases.

The Court can only conclude that counsel for Mr. Bell intended that these exhibits be filed under seal. Upon contact by chambers, counsel confirmed that entry of an order sealing these exhibits is appropriate.

Accordingly, the Clerk of the Court is ORDERED to seal the three exhibits attached to [Doc. 8] in their entirety; these are designated as [Doc. 8-2]; [Doc. 8-3]; and [Doc. 8-4].

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge